

**Wytiki Rayshun MOFFETT**

v.

**STATE**

**CR-13-1483**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

**Wytiki Rayshun MOFFETT**

v.

**STATE**

**CR-13-1485**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

**Rufus Donnell BASKIN**

v.

**STATE**

**CR-13-1487**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

**Akeem F. RUSSAW**

v.

**STATE**

**CR-13-1494**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Jimmy Wayne KARR**

v.

**STATE**

**CR-13-1497**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

